B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**

**Central District of California**

IN RE:                                                           Case No. **2:09-bk-11650-VZ**

**American Graphic Board, Inc.**                                 Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 4,851,504.19 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,243,575.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 29,424.20 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 2,861,329.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 30 | $ 4,851,504.19 | $ 5,134,328.30 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
                    Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____
                    Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Petty Cash** | | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account (Cash Collateral) Account No. 4100172105** | | **0.00** |
| | | **Wells Fargo Checking Account No. 4100172113** | | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Prepaid Deposit with Insurance Company, New Century Insurance Services, Inc.** | | **35,312.85** |
| | | **Prepaid Rent Deposit with Landlord, LT Commerce Distribution Center, LLC** | | **53,333.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                           Case No. **2:09-bk-11650-VZ**
_____                                          _____
                    Debtor(s)                                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trade A/R and commission accruals | | 2,082,169.43 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Loan to shareholder Peter Kang | | 5,000.00 |
| | | Loan to shareholder, Don Zeccola | | 9,573.86 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Software licenses | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attachment 29 for machinery and equipment | | 153,000.00 |
| | | Supplies - tear tape, glue, cores, pallets, lumber, steel strapping, v-board and stretch film | | 43,348.05 |
| 30. Inventory. | | Finished Goods, Raw Material and Work-in-Progress | | 2,469,267.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____                                   _____
Debtor(s)                                                                 (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 4,851,504.19 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Attachment 29

## FIXED ASSETS AS OF 12/31/08

| Equipment | Liquidation Value |
|---|---|
| Laminating Machine | 5000 |
| Maxson 67" Sheeter | 3500 |
| Hamlet 58" Sheeter | 500 |
| Custom 48" Pad Sheeter | 500 |
| Stretch Wrap Line | 3000 |
| Seybold Paper Cutter | 500 |
| Milwaukee 2 Bar Slitter | 500 |
| Sheridan Die Cutter | 500 |
| Bobst Die Cutter | 5000 |
| Kirby Die Cutter | 500 |
| Hooper 4 Bar Slitter | 500 |
| Jagenberg Sheet Slitter | 0 |
| | |
| Mumper Slitter Modifications | 5000 |
| Tissue Winder | 0 |
| Langston Winder | 500 |
| Baler | 1500 |
| GMC Sheeter | 100000 * |
| Perforator Machine | 500 |
| Cameron Winder | 2000 |
| Roll Clamp | 1500 |
| Coater Machine | 2000 * |
| Material Handling Truck | 10000 * |
| Computer Software | 0 |
| Additional Licenses-Computer Software | 0 |
| Clam Shell Die Cutter | 10000 * |
| | |
| **TOTAL FIXED ASSETS** | 153000 |

* Subject to finance lease.

B6D (Official Form 6D) (12/07)

**IN RE** **American Graphic Board, Inc.**               Case No. **2:09-bk-11650-VZ**

           Debtor(s)                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Great Atlantic Capital Corporation**<br>**411 Hackensack Ave.**<br>**Hackensack, NJ  07601** | X | | **Equipment Lease**<br><br><br>VALUE $ **100,000.00** | | | | **177,000.00** | **77,000.00** |
| ACCOUNT NO.<br><br>**Toyotalift Of Los Angeles**<br>**12907 Imperial Highway**<br>**Gantape Springs, CA  90670** | | | **Equipment Lease**<br><br><br>VALUE $ **10,000.00** | | | | **57,078.00** | **47,078.00** |
| ACCOUNT NO.<br><br>**U.S. Bank**<br>**P.O. Box 790408**<br>**St. Louis, MO  63179-0408** | | | **Equipment Lease**<br><br><br>VALUE $ **2,000.00** | | | | **14,482.00** | **12,482.00** |
| ACCOUNT NO.<br><br>**US Bancorp**<br>**Business Equipment Finance Group**<br>**1310 Madrid St., Ste. 105**<br>**Marshall, MN  56258** | X | | **Equipment Lease**<br><br><br>VALUE $ **10,000.00** | | | | **85,012.00** | **75,012.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **1** continuation sheets attached

Subtotal<br>(Total of this page)    $ **333,572.00**    $ **211,572.00**

Total<br>(Use only on last page)    $       $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                          Case No. **2:09-bk-11650-VZ**
_____                                     _____
                    Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wells Fargo Bank** <br> **P.O. Box 5058** <br> **Portland, OR  97208-5058** | X | | **Revolving Loan** <br><br><br> VALUE $ **4,851,504.19** | | | | 1,910,003.00 | |
| ACCOUNT NO. <br><br> **Wells Fargo Bank** <br> **333 S. Grand Ave.** <br> **Los Angeles, OR  90071** | | | **Assignee or other notification for: Wells Fargo Bank** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | $ **1,910,003.00** | $ |
|---|---|---|---|
|  | Total <br> (Use only on last page) | $ **2,243,575.00** | $ **211,572.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **American Graphic Board, Inc.** _____  Case No. **2:09-bk-11650-VZ**
                        Debtor(s)                                    (If known)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                    Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Total Employee Compensation Wages, etc.** | | | | | | | **29,424.20** | **29,424.20** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **29,424.20** | $ **29,424.20** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **29,424.20** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **29,424.20** | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**

_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Accent Ink, Inc.**<br>**1451 South Lorena Street**<br>**Los Angeles, CA  90023** | | | **Trade Debt** | | | | **5,569.20** |
| ACCOUNT NO.<br>**Ace Delivery Services**<br>**10894 Olinda St., #119**<br>**Sun Valley, CA  91352** | | | **Trade Debt** | | | | **801.00** |
| ACCOUNT NO.<br>**Active Sales Co., Inc.**<br>**8743 Sorensen Avenue**<br>**Santa Fe Springs, CA  90670** | | | **Trade Debt** | | | | **205.91** |
| ACCOUNT NO.<br>**Airgas Safety**<br>**P.O. Box 951884**<br>**Dallas, TX  75395-1884** | | | **Trade Debt** | | | | **355.95** |

**16** continuation sheets attached

Subtotal
(Total of this page)   $   **6,932.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allan Company Roll Division**<br>**5811 E. 61 Street**<br>**Commerce, CA  90040** | | | **Trade Debt** | | | | 42,189.63 |
| ACCOUNT NO.<br>**Altivity Packaging, LLC.**<br>**2600 De La Cruz Blvd.**<br>**Santa Clara, CA  95050** | | | **Trade Debt** | | | | 42,903.36 |
| ACCOUNT NO.<br>**Amtech Elevator Services**<br>**1550 S. Sunkist Street, Ste. A**<br>**Anaheim, CA  92806** | | | **Trade Debt** | | | | 1,039.98 |
| ACCOUNT NO.<br>**Angelus Oxygen & Equipment Co**<br>**5221 Telegraph Road**<br>**Los Angeles, CA  90022** | | | **Trade Debt** | | | | 27.11 |
| ACCOUNT NO.<br>**Aramark Refreshment Services**<br>**17044 Montanero Ave., Unit 4**<br>**Carson, CA  90746** | | | **Trade Debt** | | | | 90.00 |
| ACCOUNT NO.<br>**Aramark Uniform Services**<br>**P.O. Box 20378**<br>**Fountain Valley, CA  92704** | | | **Trade Debt** | | | | 121.01 |
| ACCOUNT NO.<br>**Blair Adhesives**<br>**11034 Lockport Place**<br>**Santa Fe Springs, CA  90670** | | | **Trade Debt** | | | | 8,943.84 |

Sheet no. ___**1**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 95,314.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **California Printers** <br> P.O. Box 11766 <br> Santa Ana, CA 92711-1766 | | | Trade Debt | | | | **130.00** |
| ACCOUNT NO. <br> **Caraustar Industries, Inc.** <br> P.O. Box 403019 <br> Atlanta, GA 30384-3019 | | | Trade Debt | | | | **487,008.13** |
| ACCOUNT NO. <br> **Central Coated Products** <br> PO Box 3348 <br> 2025 McCrea <br> Alliance, OH 44601 | | | Trade Debt | | | | **20,490.01** |
| ACCOUNT NO. <br> **CIT Technology Fin Serv, Inc.** <br> P.O. Box 100706 <br> Pasadena, CA 91189-0706 | | | Trade Debt | | | | **647.37** |
| ACCOUNT NO. <br> **Clearwater Paper Corporation** <br> 601 W. Riverside Ave., Suite 1100 <br> Spokane, WA 99201 | | | Trade Debt | | | | **711,232.36** |
| ACCOUNT NO. <br> **Potlatch Corporation** <br> 601 W. First Ave., Suite 1600 <br> Spokane, WA 99102 | | | Assignee or other notification for: <br> Clearwater Paper Corporation | | | | |
| ACCOUNT NO. <br> **Come Land Maintenance Co** <br> 4917 W. Melrose Ave. <br> Los Angeles, CA 90029 | | | Trade Debt | | | | **675.00** |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **1,220,182.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                   Case No. **2:09-bk-11650-VZ**
_____                                   _____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Cool Roofing Systems, Inc.** | | | **Trade Debt** | | | | 1,257.00 |
| ACCOUNT NO. <br><br>**Corenso North America**<br>**75 Remittance Dr., #3249**<br>**Chicago, IL  60675** | | | **Trade Debt** | | | | 167,989.80 |
| ACCOUNT NO. <br><br>**Covad Communications**<br>**Department 33408**<br>**P.O. Box 39000**<br>**San Francisco, CA  94139-0001** | | | **Trade Debt** | | | | 55.90 |
| ACCOUNT NO. <br><br>**Cynthia Mennes**<br>**1281 E. Mendicino St.**<br>**Altadena, CA  91001** | | | **Trade Debt** | | | | 1,250.00 |
| ACCOUNT NO. <br><br>**Dedicated Fleet Systems**<br>**P.O. Box 2829**<br>**Pomona, CA  91769** | | | **Trade Debt** | | | | 21,911.64 |
| ACCOUNT NO. <br><br>**DHL Express (USA) Inc.**<br>**P.O. Box 4723**<br>**Houston, TX  77210-4723** | | | **Trade Debt** | | | | 232.99 |
| ACCOUNT NO. <br><br>**DIC International (USA), Inc.**<br>**222 Bridge Plaza South**<br>**Fort Lee, NJ  07024** | | | **Trade Debt** | | | X | 10,129.21 |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **202,826.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                          Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Dixie Pulp & Paper, Inc.**<br>**P.O. Box 20204**<br>**Tuscaloosa, AL  35402** | | | **Trade Debt** | | | | 20,427.47 |
| ACCOUNT NO. <br><br>**DSI Packaging U.S.A Inc.**<br>**1165 Crystal Downs Dr.**<br>**Chula Vista, CA  91915** | | | **Trade Debt** | | | | 11,454.00 |
| ACCOUNT NO. <br><br>**Durable Dies Inc**<br>**602 Rockefellar Ave.**<br>**Ontario, CA  91761** | | | **Trade Debt** | | | | 3,323.30 |
| ACCOUNT NO. <br><br>**Edelstein Diversified**<br>**Specialites LTD**<br>**5645 Daniels St.**<br>**Chino, CA  91710-9015** | | | **Trade Debt** | | | | 299.58 |
| ACCOUNT NO. <br><br>**Edgewood Paper Co, Inc.**<br>**115 Floral Vale Blvd.**<br>**Yardley, PA  19067** | | | **Trade Debt** | | | | 64,594.32 |
| ACCOUNT NO. <br><br>**Ekman & Company Inc.**<br>**8750 Northwest 36th Street, Suite 400**<br>**Miami, FL  33178** | | | **Trade Debt** | | | X | 47,790.00 |
| ACCOUNT NO. <br><br>**Fedex**<br>**P.O. Box 7221**<br>**Pasadena, CA  91109-7321** | | | **Trade Debt** | | | | 201.10 |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **148,089.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**

Debtor(s)

Case No. **2:09-bk-11650-VZ**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Freightquote.Com** <br> **16025 W. 113 St.** <br> **Lenexa, KS  66219** | | | **Trade Debt** | | | | 38,464.66 |
| ACCOUNT NO. <br> **GE Capital Commercial Inc** <br> **P.O. Box 7247-6325** <br> **Philidelphia, PA  19170-6325** | | | **Trade Debt** | | | | 1,636.82 |
| ACCOUNT NO. <br> **Georgia-Pacific Brewton LLC** <br> **32224 Highway 31 South** <br> **Brewton, AL  36426** | | | **Trade Debt** | | | | 59,475.84 |
| ACCOUNT NO. <br> **GH Color** <br> **1317 West 11th Street** <br> **Los Angeles, CA  90015** | | | **Trade Debt** | | | | 270.63 |
| ACCOUNT NO. <br> **Gio, Inc. Dba Daily Supply** <br> **1177 E. 32nd St., #B** <br> **Los Angeles, CA  90011** | | | **Trade Debt** | | | | 42.00 |
| ACCOUNT NO. <br> **Grainger** <br> **2000 South Tubeway Ave.** <br> **Commerca, CA  90040** | | | **Trade Debt** | | | | 693.20 |
| ACCOUNT NO. <br> **Graphic Packaging Int'l Inc.** <br> **P.O. Box 404170** <br> **Atlanta, GA  30384-4170** | | | **Trade Debt** | | | | 244,128.09 |

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **344,711.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GTM Products**<br>**15143 Sierra Bonita Lane**<br>**Chino, CA  91710-8904** | | | Trade Debt | | | | 17,625.00 |
| ACCOUNT NO.<br>**H And W Pacific Marketing Corp**<br>**5671 Rickenbacker Road**<br>**Bell, CA  90201** | | | Trade Debt | | | | 2,280.66 |
| ACCOUNT NO.<br>**Hampden Papers, Inc.**<br>**100 Water Street**<br>**P.O. Box 149**<br>**Holyoke, MA  01041** | | | Trade Debt | | | | 57,159.15 |
| ACCOUNT NO.<br>**Harmon Associates LLC**<br>**2010 Main St., Ste. 215**<br>**Irvine, CA  92614** | | | Trade Debt | | | | 2,923.69 |
| ACCOUNT NO.<br>**Health Net**<br>**File #52617**<br>**Los Angeles, CA  90074-2617** | | | Trade Debt | | | | 13,283.72 |
| ACCOUNT NO.<br>**HPE Inc.**<br>**2985 Madison Road**<br>**Cincinnati, OH  45209** | | | Trade Debt | | | | 42,119.45 |
| ACCOUNT NO.<br>**Internet Truckstop**<br>**P.O. Box 99**<br>**New Plymouth, ID  83655** | | | Trade Debt | | | | 35.00 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **135,426.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **American Graphic Board, Inc.**

Debtor(s)

Case No. **2:09-bk-11650-VZ**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IRS Dept Of The Treasury<br>P.O. Box 145566<br>Cincinnati, OH 45250-5566** | | | Trade Debt | | | | 350.00 |
| ACCOUNT NO.<br>**Joe Cole<br>11326 179th Ave., Ct. E<br>Bonney Lake, WA 98391** | | | Trade Debt | | | | 215.66 |
| ACCOUNT NO.<br>**Jorge Galvez<br>5880 East Slauson Avenue<br>Commerce, CA 90270** | | | Trade Debt | | | | 1,020.00 |
| ACCOUNT NO.<br>**Jose Aguilar<br>5880 E. Slauson Ave.<br>Commerce, CA 90040** | | | Trade Debt | | | | 881.31 |
| ACCOUNT NO.<br>**L.A. Grinding<br>305 N. Victory Blvd.<br>Burbank, CA 91502** | | | Trade Debt | | | | 815.40 |
| ACCOUNT NO.<br>**L.A. Marker Copies & Paper<br>900 E. 8th St.<br>Los Angeles, CA 90021** | | | Trade Debt | | | | 3,225.30 |
| ACCOUNT NO.<br>**L.B. Johnson Hardware Co.<br>5845 E. Washington Blvd.<br>Commerce, CA 90040** | | | Trade Debt | | | | 475.45 |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,983.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**    Case No. **2:09-bk-11650-VZ**
_____    _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Levying Officer Sheriffs Dept.** <br> **Los Angeles County** <br> **4848 East Civic Center Way** <br> **Los Angeles, CA 90022** | | | Trade Debt | | | | 100.00 |
| ACCOUNT NO. <br> **Mario Gastelum** <br> **5880 E. Slauson Ave.** <br> **Commerce, CA 90040** | | | Trade Debt | | | | 85.00 |
| ACCOUNT NO. <br> **McLaughlin Paper Company** <br> **P.O. Box 147** <br> **West Springfield, MA 01090-0147** | | | Trade Debt | | | X | 32,677.58 |
| ACCOUNT NO. <br> **MCS Workforce Specialists** <br> **2465 W. Whittier Blvd., #105** <br> **Montebello, CA 90640** | | | Trade Debt | | | | 83,053.17 |
| ACCOUNT NO. <br> **Med Westvaco Coated Board** <br> **P.O. Box 940** <br> **Phenix City, AL 36868** | | | Trade Debt | | | | 11,043.03 |
| ACCOUNT NO. <br> **Mid South Extrusion** <br> **2015 Jackson St.** <br> **Monroe, LA 71202** | | | Trade Debt | | | | 16,480.31 |
| ACCOUNT NO. <br> **Mike Carmody** <br> **5880 E. Slauson Ave.** <br> **Commerce, CA 90040** | | | Trade Debt | | | | 41.88 |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **143,480.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**        Case No. **2:09-bk-11650-VZ**

       Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mr. Hose Inc.**<br>**5574 E. Washington Blvd.**<br>**Commerce, CA  90040** | | | Trade Debt | | | | 26.33 |
| ACCOUNT NO.<br>**Muzak**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC  29708** | | | Trade Debt | | | | 80.11 |
| ACCOUNT NO.<br>**Nationwide Papers**<br>**7500 Amigos Ave.**<br>**Downey, CA  90242** | | | Trade Debt | | | | 4,581.12 |
| ACCOUNT NO.<br>**Neiman Reed Lumber Company**<br>**20525 Nordhoff St., Ste. 210**<br>**Chatsworth, CA  91311-6100** | | | Trade Debt | | | | 6,248.90 |
| ACCOUNT NO.<br>**Newark Pacific Paperboard Inc.**<br>**P.O. Box 31001-0929**<br>**Pasadena, CA  91110-0929** | | | Trade Debt | | | | 97,149.99 |
| ACCOUNT NO.<br>**Newark Paperboard Products**<br>**1820 Solutions Center**<br>**Chicago, IL  60677-1008** | | | Trade Debt | | | | 2,228.72 |
| ACCOUNT NO.<br>**Newman And Company**<br>**6101 Tacony St.**<br>**Philadelphia, PA  19135** | | | Trade Debt | | | | 12,935.09 |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **123,250.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nuway Logistics Inc.**<br>**1039 W. Hillcrest Blvd.**<br>**Inglewood, CA  90301** | | | Trade Debt | | | | 2,650.00 |
| ACCOUNT NO.<br>**Office Of Finance, City L.A.**<br>**Taxes And Permits**<br>**File 57065**<br>**Los Angeles, CA  90074-7065** | | | Trade Debt | | | | 5,303.51 |
| ACCOUNT NO.<br>**Onlinelabels.Com**<br>**925 Florida Central Parkway**<br>**Longwood, FL  32750** | | | Trade Debt | | | | 493.05 |
| ACCOUNT NO.<br>**Ox Paperboard, LLC**<br>**3301 West Geospace Dr.**<br>**Independence, MO  64056** | | | Trade Debt | | | | 18,341.91 |
| ACCOUNT NO.<br>**Pabco Paper-Vernon**<br>**4460 Pacific Blvd.**<br>**Vernon, CA  90058-2206** | | | Trade Debt | | | | 9,053.16 |
| ACCOUNT NO.<br>**Pac Paper Inc.**<br>**6416 NW Whitney Rd.**<br>**Vancouver, WA  98665** | | | Trade Debt | | | | 43,952.34 |
| ACCOUNT NO.<br>**Pacific Office Products**<br>**14946 Shoemaker, Unit K**<br>**Santa Fe Springs, CA  90670** | | | Trade Debt | | | | 241.01 |

Sheet no. **10** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **80,034.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**
Debtor(s)

Case No. **2:09-bk-11650-VZ**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pallets 4 Less, Inc.**<br>**750 Ceres Ave.**<br>**Los Angeles, CA  90021** | | | Trade Debt | | | | 365.34 |
| ACCOUNT NO.<br>**Paper Mart**<br>**5361 Alexander St.**<br>**Los Angeles, CA  90040** | | | Trade Debt | | | | 516.50 |
| ACCOUNT NO.<br>**Paper Products Marketing**<br>**8592 NE Alderwood Road**<br>**Portland, OR  90241** | | | Trade Debt | | | | 73,232.23 |
| ACCOUNT NO.<br>**PaperSoft, Inc.**<br>**3821 Lorna Rd., Ste. 122**<br>**Birmingham, AL  35244** | | | Equipment Lease | | | | 0.00 |
| ACCOUNT NO.<br>**Pedro Menses**<br>**11048 Lemon Ave.**<br>**Alta Loma, CA  91737** | | | Trade Debt | | | | 1,392.34 |
| ACCOUNT NO.<br>**Portco Packaging**<br>**3601 SE Columbia Way, Ste. 260**<br>**Vancouver, WA  98661** | | | Trade Debt | | | | 34,756.72 |
| ACCOUNT NO.<br>**Power Transmission Specialties**<br>**8803 Sorenson Ave**<br>**Santa Fe Springs, CA** | | | Trade Debt | | | | 240.50 |

Sheet no. **11** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **110,503.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **American Graphic Board, Inc.**
_____
Debtor(s)

Case No. **2:09-bk-11650-VZ**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pride Polymers, LLC**<br>**50 West Arlington Street**<br>**Yakima, WA  98902** | | | Trade Debt | | | | 1,433.51 |
| ACCOUNT NO.<br>**Prime Converting Inc.**<br>**9121 Pittsburg Ave.**<br>**Rancho Cucamonga, CA  91730** | | | Trade Debt | | | | 600.00 |
| ACCOUNT NO.<br>**Reed Business Information**<br>**P.O. Box 7247-7026**<br>**Philadelphia, PA  19170** | | | Trade Debt | | | | 730.00 |
| ACCOUNT NO.<br>**Shared Technologies Inc.**<br>**P.O. Box 4869**<br>**Houston, TX  77210-4869** | | | Trade Debt | | | | 446.05 |
| ACCOUNT NO.<br>**Shinho USA Inc.**<br>**879 W. 190th St., #320**<br>**Los Angeles, CA  90248** | | | Trade Debt | | | | 41,569.08 |
| ACCOUNT NO.<br>**Shipping Supply Plus, Inc.**<br>**3242 E. Olympic Blvd.**<br>**Los Angeles, CA  90023** | | | Trade Debt | | | | 868.02 |
| ACCOUNT NO.<br>**Simon Miller Sales**<br>**1218 Chestnut St.**<br>**Philadelphia, PA  19107** | | | Trade Debt | | | | 19,147.04 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,793.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____                                    _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Smurfit De Halm Karton**<br>**P.O. Box 2304**<br>**9704 CH Groningen-Hoogkerk**<br>**The Netherlands,    9475** | | | Trade Debt | | | | 28,260.06 |
| ACCOUNT NO. <br><br>**Sola Security Of Los Angeles**<br>**14649 Lanark St.**<br>**Van Nuys, CA  91402** | | | Trade Debt | | | | 375.00 |
| ACCOUNT NO. <br><br>**South Alliance Industrial Machine, Inc.**<br>**2319 Troy Ave., #9**<br>**South El Monte, CA  91733** | | | Trade Debt | | | | 2,995.00 |
| ACCOUNT NO. <br><br>**Southwest Paper Company, LLC**<br>**4845 South Eastern Avenue**<br>**Bell, CA  90201** | | | Trade Debt | | | | 5,594.68 |
| ACCOUNT NO. <br><br>**Stanley Pest Control**<br>**2555 Loma Ave.**<br>**South El Monte, CA  91733-1417** | | | Trade Debt | | | | 240.00 |
| ACCOUNT NO. <br><br>**State Disbursement Unit**<br>**P.O. Box 989067**<br>**West Sacramento, CA  95798** | | | Trade Debt | | | | 372.30 |
| ACCOUNT NO. <br><br>**Suburban Propane**<br>**535 S. Melrose St.**<br>**Placentia, CA  92870** | | | Trade Debt | | | | 1,802.59 |

Sheet no. **13** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  39,639.63

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **American Graphic Board, Inc.**

Debtor(s)

Case No. **2:09-bk-11650-VZ**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Summit Paper And Board Inc.**<br>**18692 Evergreen Ave.**<br>**Yorba Linda, CA  92886** | | | Trade Debt | | | | 25,194.44 |
| ACCOUNT NO.<br>**Sunset Trading**<br>**16390 Pacific Coast Highway, Ste. 200-C**<br>**Huntington Beach, CA  92649** | | | Trade Debt | | | | 4,538.25 |
| ACCOUNT NO.<br>**Temp-Tec Corporation**<br>**3769 Old Conejo Rd.**<br>**Newbury Park, CA  91320** | | | Trade Debt | | | | 350.00 |
| ACCOUNT NO.<br>**The Paper Tigers, Inc.**<br>**2121 Waukegan Rd., Ste. 130**<br>**Bannockburn, IL  60015** | | | Trade Debt | | | | 86,900.44 |
| ACCOUNT NO.<br>**The Shredders**<br>**P.O. Box 91-1197**<br>**Los Angeles, CA  90091-1197** | | | Trade Debt | | | | 66.00 |
| ACCOUNT NO.<br>**The Standard**<br>**P.O. Box 5676**<br>**Portland, OR  97228-5676** | | | Trade Debt | | | | 781.53 |
| ACCOUNT NO.<br>**Toyota Motor Credit Corp**<br>**P.O. Box 3457**<br>**Torrance, CA  90510** | | | Trade Debt | | | | 1,622.73 |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **119,453.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____                              _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Transportation Resource Group** <br> **12300 SE Mallard Way, Ste. 270** <br> **Milwaukie, OR  97222** | | | Trade Debt | | | | 13,226.21 |
| ACCOUNT NO. <br> **TRD Tool And Die** <br> **15713 Garfield Ave.** <br> **Paramount, CA  90723** | | | Trade Debt | | | | 375.00 |
| ACCOUNT NO. <br> **U.S. Healthworks Medical Group** <br> **P.O. Box 50042** <br> **Los Angeles, CA  90074-0042** | | | Trade Debt | | | | 98.00 |
| ACCOUNT NO. <br> **Wagner Die Supply** <br> **2041 Elm Court** <br> **Ontario, CA  91761** | | | Trade Debt | | | | 487.13 |
| ACCOUNT NO. <br> **Waste Management LA Metro** <br> **P.O. Box 7814** <br> **Baldwin Park, CA  91706-7814** | | | Trade Debt | | | | 309.22 |
| ACCOUNT NO. <br> **Western Corrugated Design** <br> **8731 S. Pioneer Blvd.** <br> **Santa Fe Springs, CA  90670** | | | Trade Debt | | | | 4,623.71 |
| ACCOUNT NO. <br> **XIlense Inc.** <br> **24321 Darrin** <br> **Diamond Bar, CA  91765** | | | Trade Debt | | | | 516.35 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,635.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **American Graphic Board, Inc.**      Case No. **2:09-bk-11650-VZ**

| | | Debtor(s) | | | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Zee Medical, Inc.** <br> **P.O. Box 781525** <br> **Indianapolis, IN  46270-0525** | | | Trade Debt | | | | **69.72** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __16__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | $ **69.72** |
| Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **2,861,329.10** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **American Graphic Board, Inc.**                                    Case No. **2:09-bk-11650-VZ**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Toyotalift Of Los Angeles**<br>**12907 Imperial Highway**<br>**Gantape Springs, CA 90670** | **Equipment Lease** |
| **Papersoft, Inc.**<br>**3821 Lorna Rd., Ste. 122**<br>**Birmingham, AL 35244** | **Equipment Lease** |
| **US Bancorp**<br>**Business Equipment Finance Group**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | **Equipment Lease; Finance Lease** |
| **Great Atlantic Capital Corporation**<br>**411 Hackensack Ave.**<br>**Hackensack, NJ 07601** | **Equipment Lease; Finance Lease** |
| **Newlit**<br>**C/O Lion Industrial Properties**<br>**P.O. Box 100695**<br>**Pasadena, CA 91189-0695** | **Real Property Lease** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **American Graphic Board, Inc.**                                                    Case No. **2:09-bk-11650-VZ**
_____                                    _____
                          Debtor(s)                                                                                (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Don Zeccola**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040** | **Wells Fargo Bank**<br>**P.O. Box 5058**<br>**Portland, OR  97208-5058**<br><br>**Great Atlantic Capital Corporation**<br>**411 Hackensack Ave.**<br>**Hackensack, NJ  07601** |
| **Peter Kang**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040** | **Wells Fargo Bank**<br>**P.O. Box 5058**<br>**Portland, OR  97208-5058**<br><br>**US Bancorp**<br>**Business Equipment Finance Group**<br>**1310 Madrid St., Ste. 105**<br>**Marshall, MN  56258**<br><br>**Great Atlantic Capital Corporation**<br>**411 Hackensack Ave.**<br>**Hackensack, NJ  07601** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **American Graphic Board, Inc.**        Case No. **2:09-bk-11650-VZ**

Debtor(s) (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

Debtor

Date: _____ Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **American Graphic Board, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **31** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 10, 2009** _____ Signature: _____

**Don Zeccola**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Central District of California

| | |
|---|---|
| **IN RE:** | Case No. **2:09-bk-11650-VZ** |
| **American Graphic Board, Inc.** | Chapter **11** |
| Debtor(s) | |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

#### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,030,452.00 | Gross Income 1/1/2009 - 1/27/2009 |
| 17,705,605.00 | Gross Income 2008 |
| 15,902,603.00 | Gross Income 2007 |

---

#### 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 3. Payments to creditors
#### *Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None | *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | AMOUNT PAID OR VALUE OF | AMOUNT |
| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | TRANSFERS | STILL OWING |
| **See Attachment 3b** | | 0.00 | 0.00 |

None ☑ | *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| **American Graphic Board, Inc. v. Express Bindery** | **with collection agency** | | |

None ☑ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| **Weintraub & Selth, APC** | **1-13-2008** | **400.00** |
| **12121 Wilshire Blvd., Ste. 1300** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Los Angeles, CA  90025

| | | |
|---|---|---|
| **Weintraub & Selth, APC**<br>**12121 Wilshire Blvd., Ste. 1300**<br>**Los Angeles, CA  90025** | **1-20-2008** | **10,000.00** |
| **Weintraub & Selth, APC**<br>**12121 Wilshire Blvd., Ste. 1300**<br>**Los Angeles, CA  90025** | **1-26-2008** | **100,000.00** |

## 10. Other transfers

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESS<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION OF<br>CONTENTS | DATE OF<br>TRANSFER OR<br>SURRENDER, IF<br>ANY |
|---|---|---|---|
| **Wells Fargo Bank**<br>**C/O American Graphic Board, Inc.**<br>**333 S. Grand Ave., Department, Dept 9271**<br>**Los Angeles, CA  90071** | | **Lock box containing**<br>**payments towards**<br>**accounts receivables** | **2003 - 2008** |

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **City Paper Box**<br>**652 E. 61st St.**<br>**Los Angeles, CA  90001** | **$109,598 of raw material, including Board,**<br>**as of 1/26/2009** | **Debtor's manufacturing floor** |

**The value of the raw material held for City Paper Box changes daily. It increases or decreases as the raw material is delivered and transformed into finished product, which is delivered to City Paper Box.**

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

| None | |
|---|---|
| ☑ | If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. |

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **AGB Logistics, LLC** | | **5880 E. Slauson Commerce, CA 90040** | **wharehousing** | **2007 - 2008** |

**AGB Logistics, LLC is wholly owned by American Graphic Board, Inc. It has not yet begun business operations.**

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **White, Nelson & Co., LLP** | **2003-2008** |
| **2875 Michelle Drive, Suite 300** | |
| **Irvine, CA  92606** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wells Fargo Bank** | **2003-2008** |
| **333 S. Grand Ave.** | |
| **Los Angeles, CA  90071** | |
| **White, Nelson & Co., LLP** | **2003 - 2008** |
| **2875 Michelle Drive, Suite 300** | |
| **Irvine, CA  92606** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **White, Nelson & Co., LLP** | **2003 - 2007** |
| **2875 Michelle Drive, Suite 300** | |
| **Irvine, CA  92606** | |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wells Fargo Bank** | **2003 - 2008** |
| **333 S. Grand Ave., Department** | |
| **Los Angeles, CA  90071** | |

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **12-31-2008** | **Mike Carmody** | **Inventory of Fixed Assets Cost Basis -- 1,142,532** |
| **12-31-2008** | **Mike Carmody** | **Inventory of raw material and supplies FIFO - $1,618,126.20** |
| **12-31-2007** | **Mike Carmody** | **Inventory of raw materials and supplies --FIFO -- $1,589,969.64** |
| **12/31/2008** | **Mike Carmody** | **Inventory of Finished Goods and WIP FIFO -- $1,250,945.71** |
| **12-31-2007** | **Mike Carmody** | **Inventory of Finished Goods and WIP FIFO -- $1,711,702.27** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

DATE OF INVENTORY
**all inventories listed**

NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
**Mike Carmody**
**5880 E. Slauson Avenue**
**Commerce, CA  90040**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐  or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Don Zeccola**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040** | **CEO** | **30% Common Stockholder** |
| **Jorge Galvez**<br>**5880 East Slauson Avenue**<br>**Commerce, CA  90040** | **Vice President - Sales** | **10% Common Stockholder** |
| **Jose Aguilar**<br>**5880 E. Slauson Ave.**<br>**Commerce, CA  90040** | **Vice President - Maintenance** | **10% Common Stockholder** |
| **Mike Carmody**<br>**5880 E. Slauson Ave.**<br>**Commerce, CA  90040** | **CFO** | **10% Common Stockholder** |
| **Octavio Rizo**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040** | **Vice President - Warehousing** | **10% Common Stockholder** |
| **Peter Kang**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040** | **Executive Vice President - Sales** | **30% Common Stockholder** |

**22. Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☐  of this case.

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑  preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☐  bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Don Zeccola**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040**<br>**CEO** | **Annual Salary for 2008** | **$153,310.00** |
| **Jorge Galvez**<br>**5880 East Slauson Avenue**<br>**Commerce, CA  90040**<br>**Vice President - Sales** | **Annual Salary and Commissions for 2008** | **$124,447.00** |
| **Jose Aguilar**<br>**5880 E. Slauson Ave.**<br>**Commerce, CA  90040**<br>**Vice President - Maintenance** | **Wages for 2008** | **$89,430.00** |
| **Mike Carmody**<br>**5880 E. Slauson Ave.**<br>**Commerce, CA  90040** | **Annual Salary for 2008** | **$116,702.00** |

CFO

| | |
|---|---|
| **Octavio Rizo**<br>**5880 E. Slauson Ave.**<br>**Commerce, CA  90040**<br>**Vice President - Warehousing** | **Wages for 2008**          $62,970.00 |
| **Peter Kang**<br>**5880 E. Slauson Avenue**<br>**Commerce, CA  90040**<br>**Executive Vice President - Sales** | **Annual Salary and Commissions  $159,488.00**<br>**for 2008** |

See Also Attachment 23

---

**24. Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑     purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑     has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 10, 2009**          Signature: _____

**Don Zeccola, Chief Executive Officer**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____  **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Attachment 3b

AGB, Inc. (LIVE)    Case 2:09-bk-11650-VZ    Doc 33    Filed 02/11/09    Entered 02/11/09 11:52:31    Desc
ALL VENDORS
BANK: WELLS FARGO GENERAL A
Main Document    Page 40 of 69

COMPLETE A/P CHECK REGISTER
PERIOD 01/30/09 THRU 02/09/09
CHECKS 1 THRU 99999999

Page    1
10:24 AM
02/10/09

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|----|------|------|-----------|----------|--------|---------|-----------|
| 9 | H | 001 | 13,283.72 | HEALTH NET | HENET | 01/30/09 | OPEN | | hand check |
| 90040 | H | 001 | 11,391.30 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 01/30/09 | OPEN | | WIRE |
| 1302010 | C | 001 | 17,798.82 | TRANSPORTATION RESOURCES | TRANS97222 | 01/30/09 | OPEN | | |

Attachment 3b; 01

AGB, Inc. (LIVE)
ALL VENDORS
BANK: WELLS FARGO GENERAL A

COMPLETE A/P CHECK REGISTER
PERIOD 11/01/08 THRU 11/30/08
CHECKS 1 THRU 99999999

Page   1
10:25 AM
02/10/09

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|------|--------------|-------|-----------|----------|--------|---------|-----------|
| 298 | H | 001 | 17,829.65 | GEORGIA-PACIFIC BREWTON L | GPBRE36427 | 11/04/08 | OPEN | | WIRE |
| 299 | H | 001 | 14,976.65 | SMURFIT DE HALM KARTON | DEHALM9745 | 11/04/08 | OPEN | | WIRE |
| 300 | H | 001 | 17,534.10 | GEORGIA-PACIFIC BREWTON L | GPBRE36427 | 11/06/08 | OPEN | | WIRE |
| 301 | H | 001 | 18,327.47 | GEORGIA-PACIFIC BREWTON L | GPBRE36427 | 11/10/08 | OPEN | | WIRE |
| 302 | H | 001 | 13,015.16 | GEORGIA-PACIFIC BREWTON L | GPBRE36427 | 11/14/08 | OPEN | | WIRE |
| 303 | H | 001 | 17,142.46 | GEORGIA-PACIFIC BREWTON L | GPBRE36427 | 11/21/08 | OPEN | | WIRE |
| 19457 | C | 001 | 11,317.69 | HPE INC. | HPEIN45209 | 11/03/08 | OPEN | | |
| 19458 | C | 001 | 30,636.24 | PORT TOWNSEND PAPER CORPO | PORTT98368 | 11/03/08 | OPEN | | |
| 19460 | C | 001 | 27,040.73 | SUNSET TRADING | SUNSE92649 | 11/03/08 | OPEN | | |
| 19464 | C | 001 | 34,602.40 | BENNINGTON PAPERBOARD COM | BENNI12133 | 11/04/08 | OPEN | | |
| 19467 | C | 001 | 9,443.88 | FREIGHTQUOTE.COM | FREIG66219 | 11/04/08 | OPEN | | |
| 19472 | C | 001 | 14,376.77 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 11/04/08 | OPEN | | |
| 19475 | C | 001 | 32,484.45 | POTLATCH CORPORATION | POTLA31193 | 11/04/08 | OPEN | | |
| 19478 | C | 001 | 5,965.65 | TRANSPORTATION RESOURCES | TRANS97222 | 11/04/08 | OPEN | | |
| 19481 | C | 001 | 56,397.84 | CARAUSTAR MILL GROUP | CARAU30304 | 11/06/08 | OPEN | | |

Attachment 3b; 02

GB,Inc.(LIVE)        Case 2:09-bk-11650-VZ    Doc 33    Filed 02/11/09    Entered 02/11/09 11:52:31    Desc
LL VENDORS                                        Main Document    Page 42 of 69
ANK: WELLS FARGO GENERAL A

COMPLETE A/A CHECK REGISTER
11/10/08 THRU 11/20/08
CHECK# 1 THRU 99999999

Page   2
25 AM
02/10/09

| heck# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|-------|----|----|---|---|---|---|---|---|---|
| 19499 | C | 001 | 17,238.58 | BENNINGTON PAPERBOARD COM | BENNI12133 | 11/10/08 | OPEN | | |
| 19500 | C | 001 | 5,706.40 | BLAIR ADHESIVE | BLAIR90670 | 11/10/08 | OPEN | | |
| 19502 | C | 001 | 13,660.21 | CALIFORNIA FACTOR & FINAN | MCSWO90640 | 11/10/08 | OPEN | | |
| 19506 | C | 001 | 9,056.49 | CORENSO NORTH AMERICA | COREN60675 | 11/12/08 | OPEN | | |
| 19513 | C | 001 | 52,542.85 | POTLATCH CORPORATION | POTLA31193 | 11/12/08 | OPEN | | |
| 19521 | C | 001 | 55,656.98 | POTLATCH CORPORATION | POTLA31193 | 11/13/08 | OPEN | | |
| 19527 | C | 001 | 8,778.76 | SOUTHERN CALIFORNIA EDISO | EDISO91771 | 11/14/08 | OPEN | | |
| 19529 | C | 001 | 16,551.79 | BENNINGTON PAPERBOARD COM | BENNI12133 | 11/17/08 | OPEN | | |
| 19530 | C | 001 | 11,128.41 | CALIFORNIA FACTOR & FINAN | MCSWO90640 | 11/17/08 | OPEN | | |
| 19531 | C | 001 | 7,493.20 | NEWARK PAPERBOARD PRODUCT | NEWAR60677 | 11/17/08 | OPEN | | |
| 19533 | C | 001 | 10,936.50 | Summit Paper and Board In | SUMMI92886 | 11/17/08 | OPEN | | |
| 19536 | C | 001 | 32,493.25 | CARAUSTAR MILL GROUP | CARAU30384 | 11/18/08 | OPEN | | |
| 19544 | C | 001 | 6,000.00 | CAPITAL PARTNERS FUNDING | GTMPR91710 | 11/18/08 | OPEN | | |
| 19545 | C | 001 | 13,283.72 | HEALTH NET | HENET | 11/18/08 | OPEN | | |

Attachment 3b; 03

B,Inc.(LIVE)
L VENDORS
NK: WELLS FARGO GENERAL A

| eck# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|------|----|------|-------------|-------|-----------|----------|--------|---------|-----------|
| 19551 | C | 001 | 14,867.34 | ALTIVITY PACKAGING, LLC | ALTIV95050 | 11/19/08 | OPEN | | |
| 19552 | C | 001 | 14,278.50 | BENNINGTON PAPERBOARD COM | BENNI12133 | 11/19/08 | OPEN | | |
| 19553 | C | 001 | 27,600.00 | CARAUSTAR MILL GROUP | CARAU30384 | 11/19/08 | OPEN | | |
| 19556 | C | 001 | 7,344.56 | WESTERN CORRUGATED DESIGN | WESTE90670 | 11/19/08 | OPEN | | |
| 19557 | C | 001 | 36,949.16 | ALTIVITY PACKAGING, LLC | ALTIV95050 | 11/20/08 | OPEN | | |
| 19559 | C | 001 | 55,020.00 | LION INDUSTRIAL PROPERTIE | CROWF75397 | 11/20/08 | OPEN | | |
| 19569 | C | 001 | 9,610.76 | CALIFORNIA FACTOR & FINAN | MCSWO90640 | 11/24/08 | OPEN | | |
| 19577 | C | 001 | 40,554.62 | ALAN COMPANY ROLL DIVISIO | ALAN90040 | 11/25/08 | OPEN | | |
| 19579 | C | 001 | 7,018.50 | BLAIR ADHESIVE | BLAIR90670 | 11/25/08 | OPEN | | |
| 19585 | C | 001 | 13,752.64 | POTLATCH CORPORATION | POTLA31193 | 11/25/08 | OPEN | | |
| 19589 | C | 001 | 28,633.32 | CARAUSTAR MILL GROUP | CARA030384 | 11/26/08 | OPEN | | |

Attachment 3b;04

AQB, Inc. (LIVE)
ALL VENDORS
BANK: WELLS FARGO GENERAL A

GENERAL CHECK REGISTER
PERIOD 12/01/08 THRU 12/31/08
CHECKS 1 THRU 99999999

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|----|-----------|-------|-----------|----------|--------|---------|-----------|
| 304 | H | 001 | 17,735.21 | GEORGIA-PACIFIC BREWTON L | GPBRE16427 | 12/08/08 | OPEN | | WIRE |
| 307 | H | 001 | 22,502.56 | ALTIVITY PACKAGING, LLC. | ALTIV95050 | 12/23/08 | OPEN | | WIRE |
| 19594 | C | 001 | 17,052.00 | CAROUSTAR CAROLINA MILL | CAROL28208 | 12/02/08 | OPEN | | |
| 19596 | C | 001 | 16,293.00 | CORENSO NORTH AMERICA | COREN60675 | 12/02/08 | OPEN | | |
| 19601 | C | 001 | 11,013.73 | HPB INC. | HPBIN45209 | 12/02/08 | OPEN | | |
| 19605 | C | 001 | 9,524.64 | CALIFORNIA FACTOR & FINAN | MC8WO090640 | 12/02/08 | OPEN | | |
| 19609 | C | 001 | 13,197.99 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 12/02/08 | OPEN | | |
| 19617 | C | 001 | 10,551.70 | TRANSPORTATION RESOURCES | TRANS97222 | 12/02/08 | OPEN | | |
| 19619 | C | 001 | 13,048.24 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 12/03/08 | OPEN | | |
| 19620 | C | 001 | 34,930.83 | POTLATCH CORPORATION | POTLA31193 | 12/03/08 | OPEN | | |
| 19632 | C | 001 | 9,517.76 | CALIFORNIA FACTOR & FINAN | MC8WO090640 | 12/05/08 | OPEN | | |
| 19633 | C | 001 | 7,149.24 | Mead Westvaco Coated Boar | Meadw36868 | 12/05/08 | OPEN | | |
| 19636 | C | 001 | 1,750.00 | NUWAY LOGISTICS INC. | NUWAY90301 | 12/05/08 | OPEN | | |

Attachment 3b.05

| eck# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 19637 | C | 001 | 8,110.61 | PAC PAPER INC. | PACPA98665 | 12/05/08 | OPEN | | |
| 19643 | C | 001 | 9,014.35 | CARAUSTAR MILL GROUP | CARAU30384 | 12/08/08 | OPEN | | |
| 19647 | C | 001 | 5,592.92 | Paper Products Marketing | PPM97220 | 12/08/08 | OPEN | | |
| 19648 | C | 001 | 11,315.01 | CARAUSTAR MILL GROUP | CARAU30384 | 12/09/08 | OPEN | | |
| 19659 | C | 001 | 12,519.48 | CARAUSTAR MILL GROUP | CARAU30384 | 12/10/08 | OPEN | | |
| 19661 | C | 001 | 13,921.05 | Daiei Papers USA Corp. | DAIEI90638 | 12/10/08 | OPEN | | |
| 19662 | C | 001 | 6,800.10 | HARMON ASSOCIATES | HARMO92614 | 12/10/08 | OPEN | | |
| 19666 | C | 001 | 22,904.72 | SIMON MILLER SALES | SIMON19107 | 12/10/08 | OPEN | | |
| 19667 | C | 001 | 5,539.08 | TRANSPORTATION RESOURCES | TRANS97222 | 12/10/08 | OPEN | | |
| 19672 | C | 001 | 10,070.79 | Mead Westvaco Coated Boar | Meadw36868 | 12/11/08 | OPEN | | |
| 19673 | C | 001 | 12,897.86 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 12/11/08 | OPEN | | |
| 19675 | C | 001 | 36,000.00 | EKMAN & COMPANY INC. | EKMAN33131 | 12/11/08 | OPEN | | |
| 19681 | C | 001 | 11,345.33 | CALIFORNIA FACTOR & FINAN | MCSWO90640 | 12/19/08 | OPEN | | |

Attachment 3b; 06

02-10- 09 10.02

3B, Inc. (LIVE)

LL VENDORS

BANK: WELLS FARGO GENERAL A

CHECKS 1 THRU 99999999

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|----|--------------|-------|-----------|----------|--------|---------|-----------|
| 19695 | C | 001 | 10,000.00 | DSI PACKAGING U.S.A. INC. | dsi 91915 | 12/23/08 | OPEN | | |
| 19701 | C | 001 | 13,466.65 | NEWMAN AND COMPANY | NEWMA19135 | 12/22/08 | OPEN | | |
| 19702 | C | 001 | 9,105.75 | OX PAPERBOARD, LLC | OXPAP64056 | 12/22/08 | OPEN | | |
| 19703 | C | 001 | 6,724.73 | SOUTHERN CALIFORNIA EDISO | EDISO91771 | 12/22/08 | OPEN | | |
| 19709 | C | 001 | 55,020.00 | LION INDUSTRIAL PROPERTIE | CRORF7S397 | 12/30/08 | OPEN | | |
| 19710 | C | 001 | 6,313.74 | EMPLOYERS COMPENSATION IN | EMPLO91203 | 12/30/08 | OPEN | | |
| 19711 | C | 001 | 18,636.89 | CARAUSTAR MILL GROUP | CARAU30384 | 12/31/08 | OPEN | | |
| 19712 | C | 001 | 5,733.20 | Mead Westvaco Coated Boar | Mcadw36868 | 12/31/08 | OPEN | | |
| 19713 | C | 001 | 42,268.53 | POTLATCH CORPORATION | POTLA31193 | 12/31/08 | OPEN | | |

Attachment 3b; 07

IGB,Inc.(LIVE)    Case 2:09-bk-11650-VZ    Doc 33    Filed 02/11/09    Entered 02/11/09 11:52:31    Desc
COMPLETE A/P CHECK REGISTER    Page  4
10:25 AM
02/10/09
PERIOD 12/01/08 THRU 12/31/08
ALL VENDORS    Main Document    Page 47 of 69
CHECKS 1 THRU 99999999
BANK: WELLS FARGO GENERAL A

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|------|--------------|-------|-----------|----------|--------|---------|-----------|
| 19707 | C | 001 | 22,502.56 | ALTIVITY PACKAGING, LLC | ALTIV95050 | 12/23/08 | VOID | 12/22/08 | |

GB,Inc.(LIVE)
LL VENDORS

CASH DISBURSEMENT REGISTER
PERIOD 01/01/09 THRU 01/27/09
CHECKS 1 THRU 99999999

ANK: WELLS FARGO GENERAL A

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|------|--------------|-------|-----------|----------|--------|---------|-----------|
| 308 | H | 001 | 25,477.55 | POTLATCH CORPORATION | POTLA31193 | 01/07/09 | OPEN | | WIRE |
| 309 | H | 001 | 19,186.91 | POTLATCH CORPORATION | POTLA31193 | 01/09/09 | OPEN | | WIRE |
| 310 | H | 001 | 42,927.26 | POTLATCH CORPORATION | POTLA31193 | 01/21/09 | OPEN | | WIRE |
| 311 | H | 001 | 100,000.00 | WEINTRAUB & SELTH | WEINT90025 | 01/27/09 | OPEN | | WIRE |
| 19721 | C | 001 | 6,991.08 | SOUTHERN CALIFORNIA EDISO | EDIS091771 | 01/05/09 | OPEN | | |
| 19724 | C | 001 | 6,937.28 | CAPITAL PARTNERS FUNDING | GTMPR91710 | 01/05/09 | OPEN | | |
| 19726 | C | 001 | 13,283.72 | HEALTH NET | HENET | 01/05/09 | OPEN | | |
| 19731 | C | 001 | 13,658.44 | CALIFORNIA FACTOR & FINAN | MCSWO90640 | 01/05/09 | OPEN | | |
| 19748 | C | 001 | 7,403.77 | Mead Westvaco Coated Boar | Meadw36868 | 01/06/09 | OPEN | | |
| 19749 | C | 001 | 16,193.27 | ALAN COMPANY ROLL DIVISIO | ALAN90040 | 01/08/09 | OPEN | | |
| 19750 | C | 001 | 8,024.39 | NEWARK PACIFIC PAPERBOARD | Newpa90040 | 01/08/09 | OPEN | | |

Attachment 3b; 09

| Check# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|--------|----|------|--------------|-------|-----------|----------|--------|---------|-----------|

| 19764 | C | 001 | 9,063.38 | DEDICATED FLEET SYSTEMS | DEDIC91769 | 01/09/09 | OPEN | | |

| 19781 | C | 001 | 10,000.00 | WEINTRAUB & SELTH | WEINT90025 | 01/20/09 | OPEN | | |

| 19799 | C | 001 | 17,136.16 | FREIGHTQUOTE.COM | FREIG66219 | 01/22/09 | OPEN | | |

| 19803 | C | 001 | 8,943.84 | BLAIR ADHESIVE | BLAIR90670 | 01/26/09 | OPEN | | |
| 19804 | C | 001 | 11,454.00 | DSI PACKAGING U.S.A. INC. | dsi 91915 | 01/26/09 | OPEN | | |
| 19805 | C | 001 | 5,625.00 | CAPITAL PARTNERS FUNDING | GTMPR91710 | 01/26/09 | OPEN | | |
| 19806 | C | 001 | 10,168.80 | Summit Paper and Board In | SUMMI92886 | 01/26/09 | OPEN | | |

Attachment 3b; 10

COMPLETE A/P CHECK REGISTER                                                    10:25 AM
Period 01/01/1900 thru 02/10/09                                              02/10/09
Checks Void 999999

| heck# | CD | Bank | Check Amount | Payee | Vendor ID | Check Dt | Status | Void Dt | Reference |
|-------|----|----|------|------|------|------|------|------|------|
| 19800 | C | 001 | 100,000.00 | WEINTRAUB & SELTH | WEINT90025 | 01/23/09 | VOID | 01/26/09 | |

# Attachment 23

## PAYMENTS MADE TO INSIDERS
## 12 MONTHS BACK

| Date | Check # | Amount | Explanation |
|------|---------|--------|-------------|
| **DON ZECCOLA** | | | |
| 2/6/2008 | 17645 | 917.7 | Expense Report Reimbursement |
| 3/18/2008 | 17904 | 750.73 | Expense Report Reimbursement |
| 4/17/2008 | 18105 | 299.7 | Expense Report Reimbursement |
| 5/5/2008 | 18212 | 182.02 | Expense Report Reimbursement |
| 6/4/2008 | 18397 | 934.34 | Expense Report Reimbursement |
| 6/24/2008 | 18567 | 893.76 | Expense Report Reimbursement |
| 7/3/2008 | 18638 | 104.5 | Expense Report Reimbursement |
| 7/15/2008 | 18715 | 469.58 | Expense Report Reimbursement |
| 8/5/2008 | 18869 | 310.21 | Expense Report Reimbursement |
| 10/14/2008 | 19339 | 433.82 | Expense Report Reimbursement |
| 12/5/2008 | 19629 | 1740.54 | Expense Report Reimbursement |
| 1/16/2009 | 19780 | 282.14 | Expense Report Reimbursement |
| | | 7319.04 | |
| **PETER KANG** | | | |
| 3/5/2008 | 17826 | 1739.17 | Expense Report Reimbursement |
| 6/2/2008 | 18385 | 54.62 | Expense Report Reimbursement |
| 10/21/2008 | 19389 | 356.62 | Expense Report Reimbursement |
| | | 2150.41 | |
| **MIKE CARMODY** | | | |
| 3/25/2008 | 17949 | 68.44 | Expense Report Reimbursement |
| 4/1/2008 | 18001 | 275 | Expense Report Reimbursement |
| 4/10/2008 | 18073 | 4028.64 | Expense Report Reimbursement |
| 4/24/2008 | 18163 | 61.7 | Expense Report Reimbursement |
| 7/22/2008 | 18768 | 2833.2 | Expense Report Reimbursement |
| 9/2/2008 | 19056 | 247.35 | Expense Report Reimbursement |
| 10/15/2008 | 19358 | 2321.72 | Expense Report Reimbursement |
| 11/12/2008 | 19511 | 1677.93 | Expense Report Reimbursement |
| 12/9/2008 | 19653 | 1078.3 | Expense Report Reimbursement |
| 1/16/2008 | 19779 | 1749.23 | Expense Report Reimbursement |
| 1/21/2008 | 19606 | 41.88 | Expense Report Reimbursement |
| | | 14383.39 | |
| **JORGE GALVEZ** | | | |
| 12/9/2008 | 19658 | 587.5 | Expense Report Reimbursement |
| 1/21/2009 | 19786 | 1020 | Expense Report Reimbursement |
| | | 1607.5 | |
| **JOSE AGUILAR** | | | |
| 2/26/2008 | 17770 | 154.14 | Expense Report Reimbursement |
| 3/12/2008 | 17867 | 967.74 | Expense Report Reimbursement |
| 3/27/2008 | 17969 | 867.58 | Expense Report Reimbursement |
| 4/10/2008 | 18071 | 1097.51 | Expense Report Reimbursement |
| 5/1/2008 | 18203 | 893.81 | Expense Report Reimbursement |
| 5/13/2008 | 18273 | 253.13 | Expense Report Reimbursement |
| 5/22/2008 | 18337 | 732.84 | Expense Report Reimbursement |
| 7/3/2008 | 18641 | 262.96 | Expense Report Reimbursement |
| 8/5/2008 | 18873 | 1235.26 | Expense Report Reimbursement |
| 9/16/2008 | 19157 | 3371.16 | Expense Report Reimbursement |

Attachment 23; 01

| 9/17/2008 | 19169 | 922.86 | Expense Report Reimbursement |
| 10/15/2008 | 19357 | 89.45 | Expense Report Reimbursement |
| 11/10/2008 | 19501 | 3260.4 | Expense Report Reimbursement |
| 12/5/2008 | 19631 | 520.18 | Expense Report Reimbursement |
| 1/9/2009 | 19772 | 1528.16 | Expense Report Reimbursement |
| 1/21/2009 | 19787 | 881.31 | Expense Report Reimbursement |
| | | 17038.49 | |

**OCTAVIO RIZO**
NONE

**TOTAL**          42498.83

Attachment 23;02

United States Bankruptcy Court
**Central District of California**

IN RE:                                                                Case No. __2:09-bk-11650-VZ_____

American Graphic Board, Inc._____  Chapter __11_____
                      Debtor(s)

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached
Master Mailing List of creditors, consisting of _____**15** sheet(s) is complete, correct and consistent with the debtor's schedules
pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **February 10, 2009**_____    Signature: _____

                                      **Don Zeccola, Chief Executive Officer**                    Debtor

Date: _____    Signature: _____

                                                                      Joint Debtor, if any

Date: **February 10, 2009**_____    Signature: _____

                                      **Summer Saad 250337**                                  Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Graphic Board Inc
5880 E Slauson Avenue
Commerce, CA  90040


Weintraub & Selth APC
12121 Wilshire Blvd Suite 1300
Los Angeles, CA  90025

Accent Ink Inc
1451 South Lorena Street
Los Angeles, CA  90023


Ace Delivery Services
10894 Olinda St #119
Sun Valley, CA  91352


Active Sales Co Inc
8743 Sorensen Avenue
Santa Fe Springs, CA  90670


Airgas Safety
PO Box 951884
Dallas, TX  75395-1884


Allan Company Roll Division
5811 E 61 Street
Commerce, CA  90040


Altivity Packaging LLC
2600 De La Cruz Blvd
Santa Clara, CA  95050


Amtech Elevator Services
1550 S Sunkist Street Ste A
Anaheim, CA  92806


Angelus Oxygen & Equipment Co
5221 Telegraph Road
Los Angeles, CA  90022


Aramark Refreshment Services
17044 Montanero Ave Unit 4
Carson, CA  90746

Aramark Uniform Services
PO Box 20378
Fountain Valley, CA   92704


Blair Adhesives
11034 Lockport Place
Santa Fe Springs, CA   90670


California Printers
PO Box 11766
Santa Ana, CA   92711-1766


Caraustar Carolina Mill
443 S Gardner Ave
Charlotte, NC   28208


Caraustar Industries Inc
PO Box 403019
Atlanta, GA   30384-3019


Central Coated Products
PO Box 3348
2025 McCrea
Alliance, OH   44601


CIT Technology Fin Serv Inc
PO Box 100706
Pasadena, CA   91189-0706


Clearwater Paper Corporation
601 W Riverside Ave Suite 1100
Spokane, WA   99201


Come Land Maintenance Co
4917 W Melrose Ave
Los Angeles, CA   90029

Corenso North America
75 Remittance Dr #3249
Chicago, IL  60675


Covad Communications
Department 33408
PO Box 39000
San Francisco, CA  94139-0001


Cynthia Mennes
1281 E Mendicino St
Altadena, CA  91001


Dedicated Fleet Systems
PO Box 2829
Pomona, CA  91769


DHL Express (USA) Inc
PO Box 4723
Houston, TX  77210-4723


DIC International (USA) Inc
222 Bridge Plaza South
Fort Lee, NJ  07024


Dixie Pulp & Paper Inc
PO Box 20204
Tuscaloosa, AL  35402


DSI Packaging USA Inc
1165 Crystal Downs Dr
Chula Vista, CA  91915


Durable Dies Inc
602 Rockefellar Ave
Ontario, CA  91761

Edelstein Diversified
Specialites LTD
5645 Daniels St
Chino, CA  91710-9015


Edgewood Paper Co Inc
115 Floral Vale Blvd
Yardley, PA  19067


Ekman & Company Inc
8750 Northwest 36th Street Suite 400
Miami, FL  33178


Fedex
PO Box 7221
Pasadena, CA  91109-7321


FreightquoteCom
16025 W 113 St
Lenexa, KS  66219


GE Capital Commercial Inc
PO Box 7247-6325
Philidelphia, PA  19170-6325


Georgia-Pacific Brewton LLC
32224 Highway 31 South
Brewton, AL  36426


GH Color
1317 West 11th Street
Los Angeles, CA  90015


Gio Inc Dba Daily Supply
1177 E 32nd St #B
Los Angeles, CA  90011

Grainger
2000 South Tubeway Ave
Commerca, CA  90040


Graphic Packaging Int'l Inc
PO Box 404170
Atlanta, GA  30384-4170


Great Atlantic Capital Corporation
411 Hackensack Ave
Hackensack, NJ  07601


GTM Products
15143 Sierra Bonita Lane
Chino, CA  91710-8904


H And W Pacific Marketing Corp
5671 Rickenbacker Road
Bell, CA  90201


Hampden Papers Inc
100 Water Street
PO Box 149
Holyoke, MA  01041


Harmon Associates LLC
2010 Main St Ste 215
Irvine, CA  92614


Health Net
File #52617
Los Angeles, CA  90074-2617


HPE Inc
2985 Madison Road
Cincinnati, OH  45209

Internet Truckstop
PO Box 99
New Plymouth, ID  83655


IRS Dept Of The Treasury
PO Box 145566
Cincinnati, OH  45250-5566


Joe Cole
11326 179th Ave Ct E
Bonney Lake, WA  98391


Jorge Galvez
5880 East Slauson Avenue
Commerce, CA  90270


Jose Aguilar
5880 E Slauson Ave
Commerce, CA  90040


LA Grinding
305 N Victory Blvd
Burbank, CA  91502


LA Marker Copies & Paper
900 E 8th St
Los Angeles, CA  90021


LB Johnson Hardware Co
5845 E Washington Blvd
Commerce, CA  90040


Levying Officer Sheriffs Dept
Los Angeles County
4848 East Civic Center Way
Los Angeles, CA  90022

Mario Gastelum
5880 E Slauson Ave
Commerce, CA  90040


McLaughlin Paper Company
PO Box 147
West Springfield, MA   01090-0147


MCS Workforce Specialists
2465 W Whittier Blvd #105
Montebello, CA  90640


Med Westvaco Coated Board
PO Box 940
Phenix City, AL   36868


Mid South Extrusion
2015 Jackson St
Monroe, LA   71202


Mike Carmody
5880 E Slauson Ave
Commerce, CA  90040


Mr Hose Inc
5574 E Washington Blvd
Commerce, CA  90040


Muzak
3318 Lakemont Blvd
Fort Mill, SC  29708


Nationwide Papers
7500 Amigos Ave
Downey, CA  90242

Neiman Reed Lumber Company
20525 Nordhoff St Ste 210
Chatsworth, CA  91311-6100


Newark Pacific Paperboard Inc
PO Box 31001-0929
Pasadena, CA  91110-0929


Newark Paperboard Products
1820 Solutions Center
Chicago, IL  60677-1008


Newlit
C/O Lion Industrial Properties
PO Box 100695
Pasadena, CA  91189-0695


Newman And Company
6101 Tacony St
Philadelphia, PA  19135


Nuway Logistics Inc
1039 W Hillcrest Blvd
Inglewood, CA  90301


Office Of Finance City LA
Taxes And Permits
File 57065
Los Angeles, CA  90074-7065


OnlinelabelsCom
925 Florida Central Parkway
Longwood, FL  32750

Ox Paperboard LLC
3301 West Geospace Dr
Independence, MO  64056


Pabco Paper-Vernon
4460 Pacific Blvd
Vernon, CA  90058-2206


Pac Paper Inc
6416 NW Whitney Rd
Vancouver, WA  98665


Pacific Office Products
14946 Shoemaker Unit K
Santa Fe Springs, CA  90670


Pallets 4 Less Inc
750 Ceres Ave
Los Angeles, CA  90021


Paper Mart
5361 Alexander St
Los Angeles, CA  90040


Paper Products Marketing
8592 NE Alderwood Road
Portland, OR  90241


PaperSoft Inc
3821 Lorna Rd Ste 122
Birmingham, AL  35244


Papersoft Inc
3821 Lorna Rd Ste 122
Birmingham, AL  35244

Pedro Menses
11048 Lemon Ave
Alta Loma, CA  91737


Portco Packaging
3601 SE Columbia Way Ste 260
Vancouver, WA  98661


Potlatch Corporation
601 W First Ave Suite 1600
Spokane, WA  99102


Pride Polymers LLC
50 West Arlington Street
Yakima, WA  98902


Prime Converting Inc
9121 Pittsburg Ave
Rancho Cucamonga, CA  91730


Reed Business Information
PO Box 7247-7026
Philadelphia, PA  19170


Shared Technologies Inc
PO Box 4869
Houston, TX  77210-4869


Shinho USA Inc
879 W 190th St #320
Los Angeles, CA  90248


Shipping Supply Plus Inc
3242 E Olympic Blvd
Los Angeles, CA  90023

Simon Miller Sales
1218 Chestnut St
Philadelphia, PA   19107


Smurfit De Halm Karton
PO Box 2304
9704 CH Groningen-Hoogkerk
The Netherlands,       9475


Sola Security Of Los Angeles
14649 Lanark St
Van Nuys, CA   91402


South Alliance Industrial Machine Inc
2319 Troy Ave #9
South El Monte, CA   91733


Southwest Paper Company LLC
4845 South Eastern Avenue
Bell, CA   90201


Stanley Pest Control
2555 Loma Ave
South El Monte, CA   91733-1417


State Disbursement Unit
PO Box 989067
West Sacramento, CA   95798


Suburban Propane
535 S Melrose St
Placentia, CA   92870


Summit Paper And Board Inc
18692 Evergreen Ave
Yorba Linda, CA   92886

Sunset Trading
16390 Pacific Coast Highway Ste 200-C
Huntington Beach, CA  92649


Temp-Tec Corporation
3769 Old Conejo Rd
Newbury Park, CA  91320


The Paper Tigers Inc
2121 Waukegan Rd Ste 130
Bannockburn, IL  60015


The Shredders
PO Box 91-1197
Los Angeles, CA  90091-1197


The Standard
PO Box 5676
Portland, OR  97228-5676


Toyota Motor Credit Corp
PO Box 3457
Torrance, CA  90510


Toyotalift Of Los Angeles
12907 Imperial Highway
Gantape Springs, CA  90670


Transportation Resource Group
12300 SE Mallard Way Ste 270
Milwaukie, OR  97222


TRD Tool And Die
15713 Garfield Ave
Paramount, CA  90723

```
US Bank
PO Box 790408
St. Louis, MO  63179-0408


US Healthworks Medical Group
PO Box 50042
Los Angeles, CA  90074-0042


US Bancorp
Business Equipment Finance Group
1310 Madrid St Ste 105
Marshall, MN  56258


US Bancorp
Business Equipment Finance Group
1310 Madrid St
Marshall, MN  56258


Wagner Die Supply
2041 Elm Court
Ontario, CA  91761


Waste Management LA Metro
PO Box 7814
Baldwin Park, CA  91706-7814


Wells Fargo Bank
PO Box 5058
Portland, OR  97208-5058


Wells Fargo Bank
333 S Grand Ave
Los Angeles, OR  90071
```

Western Corrugated Design
8731 S Pioneer Blvd
Santa Fe Springs, CA  90670


Xllense Inc
24321 Darrin
Diamond Bar, CA  91765


Zee Medical Inc
PO Box 781525
Indianapolis, IN  46270-0525