**Daniel J. Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**Summer Saad – Bar #250337**
**WEINTRAUB & SELTH, APC**
**12121 Wilshire Boulevard, Suite 1300**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**

Attorneys for Debtor
and Debtor-in-Possession,
AMERICAN GRAPHIC BOARD, INC.

FILED & ENTERED

APR 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVSION**

| | |
|---|---|
| In re | ) Case No. 2:09-bk-11650-VZ |
| AMERICAN GRAPHIC BOARD, INC., a California Corporation, | ) Chapter 11 |
| Debtor. | ) **ORDER APPROVING STIPULATION AUTHORIZING CONTINUED USE OF CASH COLLATERAL THROUGH MAY 1, 2010**<br>) [Local Bankr. R. 9075-1(a)]<br>) Date:<br>) Time:   [No Hearing Required]<br>) Place: |

The Court having considered the Stipulation for Entry of Order Authorizing Continued Use Cash Collateral through May 1, 2010 (the "Stipulation") by and between American Graphic Board, Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case (the "Case"), and Wells Fargo Bank ("Wells Fargo"), filed concurrently herewith; and good cause appearing,

//

//

BN 5822560v2

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved in its entirety.

2. Debtor is authorized to use cash collateral to pay ordinary and necessary business expenses through and including May 1, 2010, pursuant to the budget attached hereto as Exhibit "1" and on the same terms and conditions as previously authorized by the Court pursuant to and on the same terms and conditions set forth in prior orders of the Court entered in the Case with respect to the Debtor's use of cash collateral (the "Prior Orders"), which Prior Orders, and the terms and conditions therein, are incorporated herein in full and made applicable by this reference, and as set forth in paragraph 3 below.

3. In addition to the terms and conditions set forth in the Prior Orders as incorporated herein, the Debtor shall provide Wells Fargo and counsel to the Official Committee of Unsecured Creditors with copies of the following reports:

    a. Actual receipts to be reported every 2 weeks, with the first report to cover the period commencing, March 1, 2010;

    b. Actual disbursements to be reported every 2 weeks, with the first report to cover the period commencing March 1, 2010;

    c. Inventory reports to be provided every 2 weeks, with the first report to cover the period commencing March 1, 2010;

    d. "Daily Collateral Reports" to be provided every 2 weeks;

        e.    Accounts receivable to be reported monthly, with the first report to cover the period commencing March 1, 2010;

        f.    Accounts payable to be reported monthly, with the first report to cover the period commencing March 1, 2010; and

        g.    Monthly Operating Reports prepared for the United States Trustee's Office

4.    Reports will be due 5 business days after the end of each reporting period (except for the Monthly Operating Reports which will be provided at the time Debtor submits same to the United States Trustee's Office).

5.    As adequate protection of Wells Fargo's interest in cash collateral used by the Debtor, Wells Fargo is hereby granted a replacement lien, on a dollar for dollar basis, in post petition accounts receivable and inventory of the Debtor to the extent of cash collateral used.

# # #

DATED: April 13, 2010

_/s/ Vincent P. Zurzolo_
United States Bankruptcy Judge

| In re: AMERICAN GRAPHIC BOARD, INC.<br><br>                                        Debtor(s). | CHAPTER 11<br>CASE NUMBER  2:09-bk-11650-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**12121 Wilshire Blvd., Suite 1300, Los Angeles, CA  90025**

The foregoing document described  **ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL THROUGH MAY 1, 2010** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **n/a** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    **n/a** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Vincent Zurzolo, United States Bankruptcy Court – Los Angeles Division

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 7, 2010** | **Erika Hallrud** | **/s/ Erika Hallrud** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                           F 9013-3.1

| In re: AMERICAN GRAPHIC BOARD, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-11650-VZ |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER APPROVING STIPULATION TO EXTEND AUTHORITY TO USE CASH COLLATERAL UP TO AND INCLUDING MAY 1, 2010** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 6, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Gregory S Abrams    jbothell@askfinancial.com
- Steven M Berman    sberman@slk-law.com
- Christopher L Blank    clblank@pacbell.net
- William S Brody    tpearsall@buchalter.com
- Han K. Lee    han@wsrlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- Summer Saad    summer@wsrlaw.net
- James R Selth    jim@wsrlaw.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

BN 5822560v2

**F 9021-1.1**

| In re: AMERICAN GRAPHIC BOARD, INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-11650-VZ |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

American Graphic Board, Inc.
5880 E. Slauson Avenue
Commerce, CA 90040

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**
BN 5822560v2